No. 4951.—RODRÍGUEZ, aplte., *v.* LA SOCIEDAD CIVIL "MIRÓ Y CORREA", aplda.—C. D. San Juan. Mayo 7, 1929. Apareciendo que el apelante no ha radicado en la secretaría de este tribunal ninguna transcripción de autos, a pesar de haber transcurrido con exceso el tiempo fijado para ello, se declara con lugar la moción y se desestima la apelación interpuesta en contra de la sentencia dictada por la corte inferior con fecha 15 de junio de 1927 en el caso arriba expresado.

No. 4953.—TRUCHARTE, apldo., *v.* FERNÁNDEZ, ETC., apltes. C. D. San Juan. Mayo 7, 1929.

POR CUANTO, dictada sentencia en rebeldía contra la parte demandada, ésta apeló el 30 de enero de 1929, sin que luego hiciera gestión alguna para proseguir su apelación;

POR TANTO, se declara con lugar la moción de la parte apelada de abril 17, 1929, vista sin asistencia de las partes el 6 de mayo actual y en su consecuencia se desestima el recurso.